# United States Court of Appeals
# for the Fifth Circuit

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
August 2, 2023

Lyle W. Cayce
Clerk

No. 22-51019
Summary Calendar

———————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellant*,

*versus*

LITSSON ANTONIO PEREZ-GALLAN,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-427-1

_____

Before DAVIS, STEWART, and OLDHAM, *Circuit Judges*.

PER CURIAM:*

The Government appeals the dismissal of an indictment charging Litsson Antonio Perez-Gallan under 18 U.S.C. § 922(g)(8) with possession of a firearm by someone subject to a domestic violence restraining order. Perez-Gallan moves for summary affirmance, relying on *United States v. Rahimi*, 61 F.4th 443 (5th Cir. 2023), *cert. granted*, 2023 WL 4278450 (U.S.

_____

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-51019

June 30, 2023) (No. 22-915).   Alternatively, Perez-Gallan moves for an extension of time to file an appellee brief.

As the parties concede, the Government's appeal is foreclosed by *Rahimi*, 61 F.4th at 461.  The grant of certiorari in *Rahimi* does not override this court's precedent.  *See Wicker v. McCotter*, 798 F.2d 155, 157-58 (5th Cir. 1986).

Accordingly, Perez-Gallan's motion for summary affirmance is GRANTED, his alternative motion for an extension of time to file his appellee brief is DENIED, and the judgment of the district court is AFFIRMED.  *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).